IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-02330-JLK-AP

ALVA DECKING, INC. D/B/A ADI STEEL, INC., and
ASCENCION ALVAREZ-MUNOZ,

    Plaintiffs,

v.

ERIC HOLDER, Attorney General of the United States;
JANET NAPOLITANO, Secretary of the U.S. Department of Homeland Security;
ALEJANDRO MAYORKAS, Director of the U.S. citizenship and Immigration Services;
ROBERT MATHER, Director of U.S. Citizenship and Immigration Services' Denver District Office;
U.S. DEPARTMENT OF HOMELAND SECURITY; and
U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) dnd the Order [Docket No. 12] entered by Senior U.S. District Judge John L. Kane on April 15, 2013, incorporated herein by reference, it is

ORDERED that Defendants' Motion To Dismiss For Lack Of Jurisdiction [Docket No. 7] is GRANTED.  It is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

Dated at Denver, Colorado, this __16th__ day of April, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                Edward P. Butler, Deputy Clerk